Eastern Dist.
January, 1835.

POLICE JURY
vs.
MENARD.

In an action by the principal a-gainst his factor, to account and pay over a bal-ance for mer-chandise sold on consignment, it devolves on the latter to show he has not received any money by the sale of the goods, or collect-ed any of the debts, and to es-tablish this to be the case *without his fault,* in order to avoid being liable.

---

## POLICE JURY vs MENARD.

APPEAL FROM THE COURT OF THE SECOND JUDICIAL DISTRICT, THE JUDGE THEREOF PRESIDING.

The certificate of the clerk, that the record contains "a true copy of all the proceedings, as well as of all the documents filed in the suit," is insufficient to enable the court to examine the case on its merits, and the appeal will be dismissed.

This is a hypothecary action against the third possessor. The police jury for the parish of Assumption, obtained a judgment against a surety of the sheriff of said parish, in

EASTERN DIST. 1828, and on issuing execution it was returned, *no property*
January, 1835. *found.* Suit was commenced against the defendant, to subject
a tract of land which he had purchased from the surety, since
the latter had become liable on his bond, on the ground, that
a legal mortgage attached to all the property of the sureties
to the sheriff's bond.

POLICE JURY
*vs.*
MENARD.

Judgment being rendered against the defendant, for the
um claimed with mortgage, after an unsuccessful attempt
to obtain a new trial, he appealed.

On sending up the transcript, the clerk certified that it
contained "a true copy of all the proceedings, as well as of
all the documents filed in the suit."

*A. Seghers,* for the plaintiffs, moved to dismiss the appeal,
on the ground that the certificate of the clerk, was insufficient
to enable the court to try the case on its merits.

*Nicholls, contra.*

*Martin, J.,* delivered the opinion of the court.

In this case a motion is made by the counsel of the
appellees, to dismiss the appeal, on the ground of the
insufficiency of the certificate attached to the record.

The clerk attests that the transcript contains "a true copy
of all the proceedings, as well as of all the documents filed in
this suit."

This certificate is clearly insufficient ; it does not negative
the fact that oral evidence was given, nor that documentary
evidence was produced which is not filed.

It is also clear, the certificate does not authorise this court
to revise the judgment appealed from.

It is, therefore, ordered, adjudged and decreed, that the
appeal be dismissed with costs.

*The certificate of the clerk, that the record contains "a true copy of all the proceedings as well as of all the documents filed in the suit," is insufficient to enable the court to examine the case on its merits, and the appeal will be dismissed.*